1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2       A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   (323) 937-4501          Fax (888) 316-6107
4  e-mail: baruchcohen@baruchcohenesq.com

*Attorney for Defendant Guy Griffithe*



**FILED & ENTERED**

**MAR 04 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GUY GRIFFITHE,<br><br>    Debtor.<br><br>REBECCA JOAN JOSEPH, JONATHAN JOSEPH, STEVEN KRAMER, AND JASON JOSEPH,<br><br>    Plaintiff<br><br>vs.<br><br>GUY GRIFFITHE<br><br>    Defendant | Case No. 8:19-bk-12480-TA<br><br>Adv. 8:19-ap-01195-TA<br><br>Before the Honorable Theodor C. Albert<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GUY GRIFFITHE**<br><br>*Hearing Held:*<br>Date: 2-27-2020<br>Time: 11:00am<br>Courtroom: 5B<br>Place: 411 West Fourth Street, Santa Ana CA |

The hearing on the *Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe* brought by attorney Baruch C. Cohen (hereinafter referred to as "Cohen"), was held at the above-captioned date time and place. Appearing on CourtCall was Baruch C. Cohen for Defendant Guy Griffithe and Jamie E Wrage for Plaintiffs Rebecca Joan Joseph, Jonathan

Joseph, Steven Kramer, and Jason Joseph, and Defendant Guy Grtiffithe who appeared in Court.

For good cause, this Court orders as follows:

The Motion to Withdraw as Counsel of Record for Defendant Guy Griffithe is hereby **GRANTED.**

1. The withdrawal shall be effective within 30 days of the entry of this Order or when Griffithe has retained new counsel, whichever is sooner.

2. Griffithe ~~shall~~ *may* file ~~immediately~~, *in pro per*, *either* a Motion to Continue the Briefing Schedule on the Motion to Dismiss re Cannabis *or a stipulation with the various parties requesting a continuance of the Motions to Dismiss for about 30 days.* ~~for 30 days out~~.

**IT IS HEREBY ORDERED.**

### 

Date: March 4, 2020

Theodor C. Albert
United States Bankruptcy Judge